No. 84–782. SOUTH CAROLINA ET AL. *v.* CATAWBA INDIAN TRIBE, INC. C. A. 4th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 84–5873. DAVIS ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 4, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 83–1925. HILLSBOROUGH COUNTY, FLORIDA, ET AL. *v.* AUTOMATED MEDICAL LABORATORIES, INC. Appeal from C. A. 11th Cir. Probable jurisdiction noted.

No. 84–778. MARYLAND *v.* MACON. Ct. Sp. App. Md. Certiorari granted.

No. 84–849. KENTUCKY, DBA BUREAU OF STATE POLICE *v.* GRAHAM ET AL. C. A. 6th Cir. Certiorari granted.

No. 84–310. IN RE SNYDER. C. A. 8th Cir. Motion of Ohio State Bar Association for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 84–518. JOHNSON ET AL. *v.* MAYOR AND CITY COUNCIL OF BALTIMORE ET AL.; and

No. 84–710. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* MAYOR AND CITY COUNCIL OF BALTIMORE ET AL. C. A. 4th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 731 F. 2d 209.